# FILED UNDER SEAL

FILED
NOV 01 2022
US DISTRICT COURT
DISTRICT OF NEVADA

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LOUIS DANIEL RODRIGUEZ and<br><br>JOSUE ABRAHAM REYNOSO OCHOA,<br><br>Defendants. | Case No.   2:22-mj-00864-NJK |

**Order Granting Government's Motion to Seal Complaint**

**(Filed Under Seal)**

Based on the pending Motion of the Government, and good cause appearing, IT IS HEREBY ORDERED that the Complaint, the Motion, and this Court's Sealing Order in the above-captioned matter shall be sealed until further Order of the Court.

DATED this 1st day of November, 2022.

_____
HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

3



FILED
NOV 01 2022
US DISTRICT COURT
DISTRICT OF NEVADA

1  JASON M. FRIERSON
   United States Attorney
2  Nevada Bar No. 7709
   EDWARD VERONDA
3  Assistant United States Attorney
   501 Las Vegas Boulevard South, Suite 1100
4  Las Vegas, Nevada 89101
   Telephone: (702) 388-6336
5  Email: Edward.G.Veronda@usdoj.gov
   *Attorneys for the United States of America*

6

7                        UNITED STATES DISTRICT COURT
                              DISTRICT OF NEVADA

8   UNITED STATES OF AMERICA,           Case No.    2:22-mj-00864-NJK

9              Plaintiff,                **Government's Motion to Seal
                                         Complaint**
10       v.
                                         **(Filed Under Seal)**
11  LOUIS DANIEL RODRIGUEZ and

12  JOSUE ABRAHAM REYNOSO OCHOA,

13             Defendants.

14

15       COMES NOW the United States of America, by and through Jason M. Frierson,

16  United States Attorney, and Edward G. Veronda, Assistant United States Attorney,

17  respectfully moves this Honorable Court for an Order sealing the Complaint, this Motion,

18  and the Court's Sealing Order, in the above-captioned matter, until such time as this

19  Honorable Court, or another Court of competent jurisdiction, shall order otherwise.

20       In this case, an order sealing the Complaint would be appropriate because the

21  defendants have not yet been arrested, and the existence of this investigation is neither

22  public nor known to all of the targets of the investigation, and its disclosure may alert the

23  defendants of a pending arrest. In addition, the government has obtained a search warrant

24  to search the premises of the defendants' business, defendants' cell phones, and their

persons, as well as the person of another employee who has not been charged. The government currently intends to execute those search warrants on November 2, 2022.

Accordingly, there is reason to believe that the disclosure of the existence of the Complaint, as well as the information contained within the Complaint, will jeopardize the investigation, including by giving the defendants an opportunity to flee from prosecution or destroy or tamper with evidence the government intends to search for and seize.

DATED this 31st day of October, 2022.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

*/s/ Edward G. Veronda*
EDWARD G. VERONDA
Assistant United States Attorney