# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-mj-00864-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| RODRIGUEZ ET AL, | |
| Defendants. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on December 20, 2022 at the hour of 4:00 p.m., be vacated and continued to February 13, 2023, at the hour of 4:00 P.M.

DATED this 19th day of December, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

3