# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>LOUIS RODRIGUEZ,<br><br>   Defendant. | Case No. 2:22-mj-00864-NJK<br><br>**Order**<br><br>[Docket No. 40] |

Pending before the Court is the motion to withdraw as counsel for Defendant Louis Rodriguez, filed by attorney Gabriel L. Grasso. Docket No. 40. The Court hereby **SETS** that motion for a hearing at 10:00 a.m. on November 28, 2023, in Courtroom 3C. Both counsel and Defendant must be present at the hearing.

IT IS SO ORDERED.

DATED: November 16, 2023

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE